United States District Court

Eastern District of California

Darrel Maurice Smith, Jr.,

     Petitioner,                     No. Civ. S 05-1276 DFL PAN P

  vs.                             Order

Kathy Mendoza-Power, et al.,

     Respondents.

-oOo-

    November 18, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  November 29, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge