IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL M. SMITH, SR.,

    Petitioner,                                 No. CIV S-05-1276 DFL PAN P

    vs.

KATHY MENDOZA-POWER, et al.,

    Respondents.             ORDER

        Petitioner has requested an extension of time to file and serve an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1.     Petitioner's February 1, 2006, request for an extension of time is granted; and

2.     Petitioner is granted 30 days from the date of this order to file and serve an opposition or notice of non-opposition to respondents' motion to dismiss.

DATED: March 9, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

\004
\smit1276.grnt pet oet