IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL M. SMITH, SR.,

    Petitioner,                   No. CIV S-05-1276 DFL PAN P

    vs.

KATHY MENDOZA-POWER, et al.,

    Respondents.                <u>ORDER</u>

_____/

    Petitioner has filed his second request for an extension of time to file and serve an opposition or notice of non-opposition to respondents' December 29, 2005, motion to dismiss pursuant to the court's order of March 10, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

    IT IS HEREBY ORDERED that:

    1. Petitioner's April 6, 2006, application for an extension of time is granted; and

    2. Petitioner shall file and serve an opposition or notice of non-opposition to respondents' December 29, 2005, within 30 days from the date of this order. No further extensions of time will be granted.

DATED: April 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004; smit1276.111sec(2)