IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL MAURICE SMITH, Sr.,

    Petitioner,                                        No. CIV S 05-1276 DFL PAN P

    vs.

KATHY MENDOZA-POWER,

    Respondent.                                       <u>ORDER</u>

_____/

        September 21, 2005, the court denied petitioner's request for leave to proceed in forma pauperis upon the ground he paid the filing fee. November 17, 2005, petitioner requested reconsideration of that order.

        A magistrate judge's orders are final within ten days. L. R. 72-302(b). More than ten days passed from the date the court denied leave to proceed in forma pauperis until the date petitioner sought reconsideration.

        Petitioner's November 17, 2005, request is late.

////

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  Petitioner's November 17, 2005, request for reconsideration is denied.

3  DATED: 5/9/2006

_____
DAVID F. LEVI
United States District Judge

\smit1276.dny reconsid untimely