IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL MAURICE SMITH, SR.,

    Petitioner,                    No. CIV S-05-1276 DFL EFB P

    vs.

KATHY MENDOZA-POWER, et al.,

    Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner, a state prisoner with counsel seeks a writ of habeas corpus. *See* 28 U.S.C. 2254. Petitioner makes claims challenging both his 1984 conviction of murder and a 2002 decision finding petitioner unsuitable for parole.

    The claims challenging the 1984 conviction must be dismissed upon the ground that the petition is second or successive.

    Before a federal district court may entertain a claim in a second or successive petition, the petitioner must obtain permission from the appellate court. 28 U.S.C. § 2244(b)(3)(A). A petition is second or successive if it includes a claim that was or could have been adjudicated on the merits in an original petition. *Cooper v. Calderon*, 274 F.3d 1270, 1273 (9th Cir. 2001).

    The parties agree that petitioner challenged the constitutionality of his conviction in a petition filed June 27, 2005, in *Smith v. Borg*, Case No. Civ. S 88-1263 EJG JFM, and that he

has not obtained an order from the appellate court authorizing this court to entertain claims related to the conviction in light of the earlier disposition.

It therefore is RECOMMENDED that:

1. Respondent's September 29, 2006, motion to dismiss be granted;

2. Petitioner's claims challenging his 1984 conviction be dismissed; and

3. Respondent be directed to file and serve an answer to the petition. The answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 15, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE