IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL MAURICE SMITH, JR.,

    Petitioner,                           No. CIV S-05-1276 JKS EFB P

    vs.

KATHY MENDOZA-POWER,

    Respondent.                         ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 7, 2008, following *de novo* review of findings and recommendations on respondent's motion to dismiss, the district judge directed respondent to file an answer within 45 days. That time has passed and respondent has not filed an answer to the petition or in any way responded to that order.

        Accordingly, respondent is hereby ordered to file and serve within 15 days from the date of this order an answer in accordance with the district judge's order or to file a written explanation of why she has not done so.

        So ordered.

Dated: April 22, 2008.

                                                      EDMUND F. BRENNAN
                                                      UNITED STATES MAGISTRATE JUDGE