1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARREL MAURICE SMITH, SR.,

11            Petitioner,                    No. CIV S-05-1276 JKS EFB P

12        vs.

13   KATHY MENDOZA-POWER, et al.,

14            Respondents.            ORDER

15   _____/

16        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

17   U.S.C. § 2254.  Currently before the court is the respondents' response to the April 23, 2008,

18   order to show cause and a request for additional time to file an answer to the petition.  For the

19   reasons explained, the court discharges the order to show cause and grants respondents time to

20   file an answer.

21        On February 7, 2008, the court directed respondents to file an answer to the petition.  On

22   April 23, 2008, the court found that respondents had failed to comply with this order and

23   directed them to submit a written explanation for this omission.  On May 5, 2008, respondents,

24   through counsel, submitted their explanation and requested additional time to respond to the

25   petition. *See* Fed. R. Civ. P. 6(b).  With respect to the order to show cause, respondents assert

26   that a clerical error in counsel's office caused them to miss the date by which they should have

1

1  filed an answer.  Counsel asserts that she never received a paper copy of this court's order to

2  respond to the habeas petition, and therefore she did not know of her responsibility for this case.

3  She did not place it on her calendar or do any work on the matter.  The court accepts this

4  explanation and discharges the order to show cause.  Given that counsel has not worked on this

5  case, she requires time to obtain the state court records in order to comply with this court's order

6  to file an answer.  Counsel asserts that she requires 30 days.  The court grants this request.

7        Good cause appearing, it is ORDERED that:

8        1.  The April 23, 2008, order to show cause is discharged; and

9        2.  Respondents' May 5, 2008, request is granted and respondents have 30 days from the

10  date this order is served to file and serve an answer to the petition.

11  Dated:  May 28, 2008.

12

13                                         EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26