IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL MAURICE SMITH, SR.,

    Petitioner,                    No. CIV S-05-1276 JKS EFB P

    vs.

KATHY MENDOZA-POWER, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 9, 2008, petitioner requested an extension of time to file a reply. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's July 9, 2008, motion is granted and petitioner has 30 days from the date this order is served to file a reply.

DATED: July 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE