IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL MAURICE SMITH, JR.,<br><br>                     Petitioner,<br><br>        vs.<br><br>JAMES D. HARTLEY, Warden (A),<br>Avenal State Prison,<br><br>                     Respondent. | No. 2:05-cv-01276-JKS<br><br>ORDER DENYING<br>CERTIFICATE OF APPEALABILITY |

This matter has been remanded to this Court by the Court of Appeals for the limited purpose of granting or denying a certificate of appealability.[1] The arguments presented by Petitioner in this case have been foreclosed by *Swarthout v. Cooke*.[2]

**IT IS THEREFORE ORDERED THAT** this Court declines to issue a Certificate of Appealability.[3] Any further request for a Certificate of Appealability must be addressed to the Court of Appeals.[4]

Dated: April 27, 2011.

                                                        /s/ James K. Singleton, Jr.
                                                        JAMES K. SINGLETON, JR.
                                                        United States District Judge

---

[1] Docket No. 69.

[2] 562 U.S. ---, 131 S. Ct. 859 (2011) (per curiam).

[3] 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," *i.e.,* when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.") (internal quotation marks omitted).

[4] *See* Fed. R. App. P. 22(b); Ninth Circuit R. 22-1.